

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

December 23, 2025

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



> Re:    *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

    This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review, DOJ Office of Legal Counsel, DOJ Office of Information Policy, DOJ National Security Division, the Federal Bureau of Investigation, the United States Department of State, the United States Department of Homeland Security, and U.S. Immigration and Customs Enforcement (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*.  We write to respectfully request (i) a sixty-day extension of time, from January 2, 2026, to March 3, 2026, for the Government to respond to the complaint, and (ii) an adjournment of the January 6, 2026, initial pre-trial conference to a date after March 3, 2026, that is convenient for the Court and the parties.

    The reason for these requests is that the parties are currently in the process of discussing the scope of the FOIA and Privacy Act requests that have been directed to ten agencies and/or components of agencies, as well as resolution of potential administrative exhaustion issues with respect to certain of the requests. The Government has also begun the process of identifying potentially responsive documents for review and processing, pending the outcome of the conversations with Plaintiffs concerning the scope of the requests.

    Additionally, the parties propose that they be permitted to submit a joint status report to the Court regarding the parties' progress every thirty days, beginning February 2, 2026.

    This is the Government's first request for an extension of its deadline to respond to the Complaint. Plaintiffs consent to this request and join in the request to submit joint status reports.[1]

---

[1] The parties note that, pursuant to Local Civil Rule 16.1, a case management plan is not required in this FOIA action.

We thank the Court for its consideration of these requests.

Respectfully,

JAY CLAYTON
United States Attorney

By:      /s/ *Harry Fidler*
HARRY K. FIDLER
KAMIKA SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768

cc: Plaintiffs' Counsel (By ECF)

Application GRANTED.  Defendants' time to answer or otherwise respond to the Complaint is hereby ADJOURNED to **March 3, 2026.**  The initial pretrial conference currently scheduled for January 6, 2026, is hereby ADJOURNED to **March 24, 2026,** at **11:00 a.m.**  As before, the conference will be held telephonically.  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

Furthermore, the parties shall file a status update regarding their discussions on or before **February 2, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 37.

Dated:      December 29, 2025        SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE