

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 2, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:  *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review, DOJ Office of Legal Counsel, DOJ Office of Information Policy, DOJ National Security Division, the Federal Bureau of Investigation, the United States Department of State, the United States Department of Homeland Security, and U.S. Immigration and Customs Enforcement (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests. We also write to respectfully request that the deadline for the Government to respond to the Complaint, which is currently March 3, 2026, be stayed *sine die* for the reasons set forth below.

Since our December 23, 2025 Letter, ECF No. 37, the parties have conferred by email and by teleconference regarding potential search parameters and administrative exhaustion concerns, and are working collaboratively to facilitate the production of documents. The Government has also begun the process of identifying potentially responsive documents for review and processing and, on February 2, 2026, shared search parameters with Plaintiffs for discussion. As such, the parties propose that they be permitted to submit another joint status report to the Court regarding the parties' progress on March 4, 2026, and that the answer be stayed *sine die*.

This is the Government's second request for an extension of its deadline to respond to the Complaint. Plaintiffs consent to this request and join in the request to submit a joint status report on March 4, 2026.

We thank the Court for its consideration of these requests.

Respectfully,

JAY CLAYTON
United States Attorney

By:      /s/ *Harry Fidler*
HARRY K. FIDLER
KAMIKA SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768

cc: Plaintiffs' Counsel (By ECF)

Application GRANTED.  Defendants' time to answer or otherwise respond to the Complaint is hereby ADJOURNED *sine die*.  The initial pretrial conference currently scheduled for March 24, 2026, is also ADJOURNED *sine die*.

The parties shall file their next status update on or before **March 4, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 39.

Dated:     February 3, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE