

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 4, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review, DOJ Office of Legal Counsel, DOJ Office of Information Policy, DOJ National Security Division, the Federal Bureau of Investigation, the United States Department of State, the United States Department of Homeland Security, and U.S. Immigration and Customs Enforcement (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's February 3, 2026 Order (ECF No. 40) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.

Since the parties' joint February 2, 2026 Letter, ECF No. 39, the parties have continued to confer via email and by teleconference regarding search parameters the Government shared with Plaintiffs on February 2, 2026. Plaintiffs have no further comments regarding the Government's search parameters but retain the right to request supplemental searches if needed in the future. The Government views the agreed-upon search parameters as reasonably designed to respond to all of Plaintiffs' FOIA requests and does not think that supplemental searches will be needed.

To aid in expediting the Government's review, the parties have also agreed that (1) to the extent multiple drafts of a given responsive record are located, the Government need only process the final version of each such record (or, if there is no final version, the last-in-time draft); and (2) the Government will produce only responsive portions of records and may mark and exclude non-responsive information within such records, including email chains.

In light of the agreed-upon search parameters, the Government plans to begin processing potentially responsive records and releasing any non-exempt responsive material as soon as is practicable. The Government notes that appropriations for the United States Department of Homeland Security ("DHS"), including its component U.S. Immigration and Customs Enforcement ("ICE"), lapsed on February 13, 2026. Due to the lapse in appropriations, staff at the DHS and ICE FOIA Offices have been furloughed until funding is restored. Accordingly, DHS

Page 2

and ICE are unable to search, process and release records during the duration of the lapse in appropriations. All other agencies subject to the FOIA requests are unaffected by the lapse in appropriations and will continue operating.

The parties respectfully renew their request to submit joint status reports every thirty days, beginning April 3, 2026.

We thank the Court for its attention to this matter.

                                        Respectfully,

                                        JAY CLAYTON  
                                        United States Attorney

By:    /s/ *Kamika Shaw*  
        HARRY K. FIDLER  
        KAMIKA SHAW  
        Assistant United States Attorneys  
        Tel.: (212) 637-2321 / 2768

cc: Plaintiffs' Counsel (By ECF)

---

The Court thanks the parties for the above update. They shall file their next status update on or before **April 3, 2026.**

Dated:    March 5, 2026                 SO ORDERED.  
           New York, New York

                                              HON. KATHERINE POLK FAILLA  
                                              UNITED STATES DISTRICT JUDGE