

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 3, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF)
     (SDA)

Dear Judge Failla:

   This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review ("EOIR"), DOJ Office of Legal Counsel ("OLC"), DOJ Office of Information Policy ("OIP"), DOJ National Security Division ("NSD"), the Federal Bureau of Investigation ("FBI"), the United States Department of State ("State"), the United States Department of Homeland Security ("DHS"), and U.S. Immigration and Customs Enforcement ("ICE")(collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's March 5, 2026 Order (ECF No. 44) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.

   Since the parties' joint March 4, 2026 Letter, ECF No.43, all agencies and components have begun or continued to search for potentially responsive documents, except for DHS and ICE. Staff at the DHS and ICE FOIA Offices remain furloughed due to the lapse in appropriations for DHS and as such, remain unable to undertake searches at this time. The Government anticipates that DOJ, EOIR, OLC, FBI and State will begin to provide responses to Plaintiff's requests shortly.

   The parties respectfully request leave to submit their next joint status report on May 4, 2026, and subsequent status reports every thirty days thereafter.

   We thank the Court for its attention to this matter.

        Respectfully,

        JAY CLAYTON
        United States Attorney

    By:   /s/ *Kamika S. Shaw*
        HARRY K. FIDLER

Page 2

KAMIKA S. SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768

cc: Plaintiffs' Counsel (By ECF)