

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 4, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review ("EOIR"), DOJ Office of Legal Counsel ("OLC"), DOJ Office of Information Policy ("OIP"), DOJ National Security Division ("NSD"), the Federal Bureau of Investigation ("FBI"), the United States Department of State ("State"), the United States Department of Homeland Security ("DHS"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's April 6, 2026 Order (ECF No. 46) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.

The parties provide the following update:

- On April 1, DOJ, Civil Rights Division ("CRT") made a release of documents. CRT anticipates making its next release of records by May 13.

- On April 16, DOJ, Civil Division issued a final response to Plaintiffs.[1]

- On April 30, the FBI made its first and final release of records, which plaintiffs have not yet received[2]

---

[1] Plaintiffs maintain their right to discuss and potentially challenge the adequacy of DOJ-CD's searches.

[2] Plaintiffs maintain their right to discuss and potentially challenge the adequacy of the FBI's searches.

Page 2

- On April 30, OLC issued a final response to Plaintiffs.[3]

- Since our last status letter, EOIR completed all searches and did not locate any responsive records.[4]

- State anticipates making a release of records on May 6.

- DOJ OIP is currently conducting an initial responsiveness review and deduplication of electronic search results returned pertaining to Plaintiffs' Requests 1, 2, and 4. OIP anticipates completing this initial responsiveness review and deduplication process in two weeks, after which it will begin the initial processing of any potentially responsive material identified. OIP's search for records potentially responsive to Plaintiffs' Request 3(a) remains ongoing.

- NSD completed its search of the case management systems of its Counterintelligence and Export Control Section and Counterterrorism Section, which resulted in no responsive records. NSD also completed its search of records of a portion of identified custodians, which resulted in no responsive records. NSD's search for potentially responsive records is ongoing.

- With respect to DHS and ICE, Congress recently enacted FY26 appropriations and thus DHS funding has been restored, with the exception of ICE and USBP. DHS and ICE FOIA offices were furloughed starting February 14, 2026. However, DHS and ICE FOIA offices were recalled from furlough on April 13, 2026 and resumed work on all FOIA matters on April 16, 2026. Since that time, DHS and ICE have initiated a search for records potentially responsive to the FOIA request. Please note that DHS is currently using other available funds to ensure ICE employees are paid.

The parties respectfully request leave to submit their next joint status report on June 3, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

---

[3] Plaintiffs maintain their right to discuss and potentially challenge the adequacy of DOJ-OLC's searches.

[4] Plaintiffs maintain their right to discuss and potentially challenge the adequacy of EOIR's searches.

By:      /s/ *Harry Fidler*
HARRY K. FIDLER
KAMIKA SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768
Harry.Fidler@usdoj.gov
Kamika.Shaw@usdoj.gov

cc: Plaintiffs' Counsel (By ECF)