

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 3, 2026

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review ("EOIR"), DOJ Office of Legal Counsel ("OLC"), DOJ Office of Information Policy ("OIP"), DOJ National Security Division ("NSD"), the Federal Bureau of Investigation ("FBI"), the United States Department of State ("State"), the United States Department of Homeland Security ("DHS"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's May 5, 2026 Order (ECF No. 48) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.

As noted in our prior letter, DOJ's Civil Division, the FBI, OLC, and EOIR have all completed their searches and responses to Plaintiffs' requests. The parties provide the following update regarding the remaining agencies:

- On May 13, 2026, DOJ's Civil Rights Division ("CRT") made a second release of documents. The release consisted of 586 pages released in full and 16 pages released in part. CRT processed 1,122 potentially responsive pages; the remainder were withheld as duplicates. CRT's search for potentially responsive records is ongoing.

- State made a release of records on May 6, 2026. State anticipates making its next release on June 17 with subsequent releases every six weeks thereafter.

- DOJ OIP has completed an initial responsiveness review and deduplication of electronic search results returned pertaining to Plaintiffs' Requests 1, 2, and 4, and has begun the initial processing of potentially responsive material identified. OIP's search for records potentially responsive to Plaintiffs' Request 3(a) remains ongoing.

- As noted in our prior letter, NSD completed its search of the case management systems of its Counterintelligence and Export Control Section and Counterterrorism Section, which resulted in no responsive records. Since the last status update, NSD has completed its search of unclassified records and is finalizing its responsiveness review. To date, no responsive unclassified records have been identified. NSD's search for potentially responsive classified records is ongoing, and NSD expects to complete its search by June 30, 2026.

- As noted in our prior letter, ICE FOIA was furloughed starting February 14, 2026 and resumed work on all FOIA matters on April 16, 2026. ICE continues to search for potentially responsive records and anticipates making an initial production by June 15, 2026.

- As with ICE, DHS FOIA was furloughed starting February 14, 2026 and resumed work on all FOIA matters on April 16, 2026. DHS continues to search for responsive records, anticipates processing approximately 500 pages monthly, and will provide an anticipated initial production date when available.

The parties respectfully request leave to submit their next joint status report on July 10, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    ___/s/ *Harry Fidler*_____
HARRY K. FIDLER
KAMIKA SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768
Harry.Fidler@usdoj.gov
Kamika.Shaw@usdoj.gov

cc: Plaintiffs' Counsel (By ECF)