

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 10, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



> Re:    *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), the Executive Office for Immigration Review ("EOIR"), DOJ Office of Legal Counsel ("OLC"), DOJ Office of Information Policy ("OIP"), DOJ National Security Division ("NSD"), the Federal Bureau of Investigation ("FBI"), the United States Department of State ("State"), the United States Department of Homeland Security ("DHS"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's June 4, 2026 Order (ECF No. 50) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.

As noted in prior status reports, DOJ's Civil Division, the FBI, OLC, and EOIR have all completed their searches and responses to Plaintiffs' requests. In addition, since our last status report, DOJ's Civil Rights Division ("CRT") and NSD completed their searches and responses to Plaintiffs' requests. CRT provided its final response to Plaintiffs on June 22, 2026 indicating that it located no additional responsive records.  NSD provided its final response on June 26, 2026, informing Plaintiffs that the agency located no responsive records.[1]  The parties provide the following update regarding the remaining agencies:

- At Plaintiffs' request, the FBI is reprocessing its releases to clarify the basis for its redactions.  The FBI anticipates providing its reprocessed releases by the end of July.

- State made a release of records on June 17, 2026. State anticipates making its next release on July 29 with subsequent releases every six weeks thereafter.

---

[1] As stated in prior Joint Status Reports, Plaintiffs reserve their right to challenge the adequacy of agency searches.

Page 2

- DOJ OIP is completing its initial processing of electronic search results pertaining to Plaintiffs' Requests 1, 2, and 4. OIP currently anticipates completing the initial processing of this material by August 14, 2026, after which it will circulate material to other Executive Branch entities for consultation, as necessary. OIP's search for records potentially responsive to Plaintiffs' Request 3(a) remains ongoing.

- ICE FOIA made its first release of records on June 15, 2026. ICE's search for records potentially responsive to Plaintiffs' requests remains ongoing. ICE will provide an anticipated date for any further productions when available.

- DHS FOIA continues to search for records that are potentially responsive to Plaintiffs' requests and will provide an anticipated initial production date when available.

The parties respectfully request leave to submit their next joint status report in one month on August 10, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:      /s/ *Harry Fidler*
HARRY K. FIDLER
KAMIKA SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768
Harry.Fidler@usdoj.gov
Kamika.Shaw@usdoj.gov

cc: Plaintiffs' Counsel (By ECF)

The Court thanks the parties for the above update.  They shall file their next status update on or before **August 10, 2026.**

Dated:      July 13, 2026
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE