

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 11, 2026

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), including its components the Executive Office for Immigration Review ("EOIR"), the Office of Legal Counsel ("OLC"), the Office of Information Policy ("OIP"), the National Security Division ("NSD"), and the Federal Bureau of Investigation ("FBI"), as well as the United States Department of State ("State"), the United States Department of Homeland Security ("DHS"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's July 13, 2026 Order (ECF No. 52) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.[1]

As noted in prior status reports, DOJ's Civil Division and Civil Rights Division, the FBI, OLC, EOIR, and NSD have all completed their searches and responses to Plaintiffs' requests.[2] The parties provide the following update regarding the remaining agencies:

- At Plaintiffs' request, the FBI reprocessed its releases to clarify the basis for its redactions. The FBI provided its reprocessed releases on July 31, 2026.

- State made a release of records on July 29, 2026. State anticipates making subsequent releases every six weeks.

- DOJ OIP anticipates completing its initial processing of electronic search results pertaining to Plaintiffs' Requests 1, 2, and 4 by August 14, 2026, after which it will circulate material

---

[1] The Government apologizes for the one-day delay in filing this letter. The undersigned counsel attempted to file the letter on ECF yesterday and, erroneously, thought that upload was successful.

[2] As stated in prior Joint Status Reports, Plaintiffs reserve their right to challenge the adequacy of agency searches.

to other Executive Branch equity holders for consultation, as necessary. OIP anticipates issuing an initial response to Plaintiffs' regarding these Requests by September 4, 2026. OIP's search for records potentially responsive to Plaintiffs' Request 3(a) remains ongoing.

- ICE FOIA made its second release of records on August 4, 2026. ICE's search for records potentially responsive to Plaintiffs' requests remains ongoing. ICE will process another batch of records by August 31, 2026. ICE anticipates processing 500 pages per month going forward.

- DHS FOIA has completed its searches in response to Plaintiffs' Requests 3 and 4, which located no responsive records. With respect to Plaintiffs' Requests 1 and 2, DHS FOIA has indicated that the proposed search parameters may result in over 150GBs of data for processing and review and, therefore, be unduly burdensome to complete. However, due to technical limitations with DHS's search capabilities, DHS FOIA is still in the process of running searches to ascertain the full scope of Plaintiffs' Requests 1 and 2 and, if needed, identify problematic terms and alternative solutions. The Government will consult with Plaintiff's counsel on the scope of the search parameters as soon as possible.[3] While DHS FOIA completes this analysis, it will begin processing records that hit on the term "Shiron Collective" and currently anticipates completing processing of this set of records by September 30, 2026.

The parties respectfully request leave to submit their next joint status report on September 14, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By:     */s/ Harry Fidler*
        HARRY K. FIDLER
        KAMIKA SHAW
        Assistant United States Attorneys
        Tel.: (212) 637-2321 / 2768
        Harry.Fidler@usdoj.gov
        Kamika.Shaw@usdoj.gov

cc: Plaintiffs' Counsel (By ECF)

---

[3] The DHS FOIA counsel assigned to this matter recently left the agency and was replaced by other counsel, who is getting up to speed on this matter.