**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 14, 2026

**<u>By ECF</u>**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Khalil, et al. v. United States Department of Justice, et al.*, No. 25 Civ. 9674 (KPF) (SDA)

Dear Judge Failla:

This Office represents Defendants the United States Department of Justice ("DOJ"), including its components the Executive Office for Immigration Review ("EOIR"), the Office of Legal Counsel ("OLC"), the Office of Information Policy ("OIP"), the National Security Division ("NSD"), and the Federal Bureau of Investigation ("FBI"), as well as the United States Department of State ("State"), the United States Department of Homeland Security ("DHS"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*. We write jointly with counsel for Plaintiffs pursuant to the Court's August 12, 2026 Order (ECF No. 54) to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA and Privacy Act requests.

As noted in prior status reports, DOJ's Civil Division and Civil Rights Division, the FBI, OLC, EOIR, and NSD have all completed their searches and responses to Plaintiffs' requests.[1] The parties provide the following update regarding the remaining agencies and components:

- State made a release of non-exempt responsive records on September 9, 2026. State anticipates making subsequent releases of any non-exempt responsive records approximately every six weeks.

- DOJ OIP made an initial release of non-exempt responsive records to Plaintiffs' Requests 1, 2 and 4 on September 4, 2026. OIP's search for records potentially responsive to Plaintiffs' Request 3(a) remains ongoing.

- ICE has completed its search for records. ICE FOIA made its third release of non-exempt responsive records on August 31, 2026. ICE's search for records potentially responsive to

[1] As stated in prior Joint Status Reports, Plaintiffs reserve their right to challenge the adequacy of agency searches.

Plaintiffs' requests remains ongoing. ICE anticipates making another release of any such records by September 30, 2026.

- DHS FOIA has completed its searches in response to Plaintiffs' Requests 3 and 4, which located no responsive records. With respect to Plaintiffs' Requests 1 and 2, DHS FOIA has also completed its searches for Requests 1 and 2 and anticipates making a release of any non-exempt responsive records later this month. The Government will provide Plaintiffs with an estimated processing schedule as soon as possible.

The parties respectfully request leave to submit their next joint status report in approximately 45 days, on October 26, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Harry Fidler*
HARRY K. FIDLER
KAMIKA SHAW
Assistant United States Attorneys
Tel.: (212) 637-2321 / 2768
Harry.Fidler@usdoj.gov
Kamika.Shaw@usdoj.gov

cc: Plaintiffs' Counsel (By ECF)